Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number      FOR COURT USE ONLY

Sterling E. Norris, Esq. (SBN 040993)
JUDICIAL WATCH, INC.
2540 Huntington Drive, Suite 201
San Marino, CA 91108
Tel.: (626) 287-4540
Fax: (626) 237-2003

Attorney for



UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re: AARON TONKEN
269 S BEVERLY DRIVE #372
BEVERLY HILLS, CA 90212

Debtor.

PETER F. PAUL

CHAPTER 7

CASE NUMBER LA 04-12883

Plaintiff(s),

vs.

AARON TONKEN

☐ ADVERSARY NUMBER (If Applicable)
AD 04-01982

Defendant(s).

(No Hearing Required)

## ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [Local Bankruptcy Rule 2090-1(b)]

The Court having reviewed the Application of the within named non-resident attorney to appear in a specific case under Local Bankruptcy Rule 2090-1(b), and good cause appearing therefore,

IT IS HEREBY ORDERED that the said Application is granted and the following person may appear as requested in the above-entitled case *(Specify Name of Applicant)*: JAMES F. PETERSON

Dated: 8/25/04

_Ellen Carroll_
JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

Rev. 1/01  This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California     F 2090-1.3

17/K

## PROOF OF SERVICE BY MAIL

Case Name:       In re: Aaron Tonken, Debtor; Peter F. Paul v. Aaron Tonken
Court:           **United States Bankruptcy Court, Central District of California**
Aversary Case No.:   AD 04-01982

I am over the age of 18 years and not a party to this action. My business address is 2540 Huntington Drive, Suite 201, San Marino, California 91108, which is located in the county where the mailing described below took place.

On August 4, 2004, I placed a true and correct copy of the foregoing document entitled:

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR *PRO HAC VICE***

in an envelope, sealed same, placed proper first-class postage thereon, and placed same for collection with the United States Postal Service mail pick-up located at 2540 Huntington Drive, San Marino, California 91108. The envelope was addressed to:

>   Philip D. Dapeer, Esq.
>   A Law Corporation
>   5670 Wilshire Boulevard, Suite 1470
>   Los Angeles, CA 90036-5614

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 4, 2004, at San Marino, California.


_____Constance S. Ruffley_____          _____[signature]_____
            Declarant                                      Signature