# ORIGINAL





## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. LA 04-12883 EC |
| AARON TONKEN, | Chapter 7 |
| Debtor. | |
| PETER F. PAUL, | Adv. No. LA 04-01982 EC |
| Plaintiff, | ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION |
| v. | |
| AARON TONKEN, | Date:  March 22, 2006 |
| Defendant. | Time:  3:00 p.m. |
| | Place:  Courtroom 1639 |

A pre-trial conference in the above-referenced adversary proceeding came on for hearing on March 22, 2006 at 3:00 p.m.  No appearance by or on behalf of the plaintiff having been made at the pre-trial conference, and no pre-trial order having been lodged,

IT IS HEREBY ORDERED that the above-referenced adversary proceeding is dismissed for lack of prosecution.

DATED: 3/23/06

Ellen Carroll
U.S. Bankruptcy Judge

1

2

NOTICE OF ENTRY OF JUDGMENT OR ORDER
AND CERTIFICATE OF MAILING

3

TO ALL PARTIES IN INTEREST LISTED BELOW:

1.      You are hereby notified that a judgment or order entitled:

4

ORDER DISMISSING ADVERSARY PROCEEDING FOR LACK OF PROSECUTION

5

was entered on ___3/27/06___.

6

2.      I hereby certify that a copy of the order attached hereto was mailed to the following parties

7

on ___3/27/06___.

8

Plaintiff in Pro Se

9

Peter F. Paul
1601 River Ridge Drive

10

Asheville, NC 28803

11

Defendant in Pro Se
Aaron Tonken

12

Registry Number 26163-112, Unit A1D
Taft Correctional Institution

13

P.O. Box 9001
Taft, CA 93268

14

Office of the United States Trustee

15

725 S. Figueroa St., Suite 2600
Los Angeles, CA 90017

16

17

JON D. CERETTO, Clerk
U.S. Bankruptcy Court

18

19

By:

20

Deputy Clerk

21

22

23

24

25

26

27

28